# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| HOWARD RANDALL STARNES, II, | ) ) ) | |
| Plaintiff, | ) ) | No. 23-1091 C |
| v. | ) ) | (Filed: July 18, 2023) |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) ) ) | |

**ORDER**

    Plaintiff, Howard Randall Starnes, II, has filed this civil action against the United States. Docket No. 1. However, Mr. Starnes has not paid the required filing fee, nor has he submitted an application to proceed in forma pauperis ("IFP"). To proceed with a civil action in this court, a plaintiff must either pay $402 in fees—a $350 filing fee plus a $52 administrative fee—or request authorization to proceed without prepayment of fees by submitting a signed application to proceed in forma pauperis. See 28 U.S.C. §§ 1914, 1915. The Court will therefore **ORDER** Mr. Starnes to either submit the required filing fee within 30 days or submit an application to proceed in forma pauperis. If Mr. Starnes fails to do either, or if the Court finds his IFP application insufficient to establish his entitlement to proceed in forma pauperis, the Court will dismiss the case without prejudice for failure to prosecute. See Rule 41 of the Rules of the United States Court of Federal Claims ("RCFC").

    **IT IS SO ORDERED.**

                                                   *Elaine D. Kaplan*
                                                   ELAINE D. KAPLAN
                                                   Chief Judge, U.S. Court of Federal Claims